2301 West Big Beaver Road · Suite 300 · Troy, MI 48084 · Telephone: 248-822-6190 · Facsimile: 248-822-6191

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

OHIO CASUALTY INSURANCE
COMPANY, an Ohio corporation,

    Plaintiff,

v.

MARANO & ASSOCIATES, INC.,
a Michigan corporation, and JENNIFER A.
MARANO, jointly and severally,
    Defendants.

Case No.03-CV-72231-DT

Hon. Robert H. Cleland

Magistrate Judge: Wallace Capel, Jr.

_____/

| | |
|---|---|
| PHILLIP G. ALBER (P24802) | James E. Zehnpfennig (P28043) |
| OMAR J. HARB (P51306) | Macomb Legal Services, PLLC |
| Alber Crafton, PSC | Attorney for Defendants |
| Attorneys for Plaintiff | 42400 Garfield Road |
| 2301 West Big Beaver, Suite 300 | Clinton Township, MI 48038 |
| Troy, Michigan 48084 | (586) 263-0740 |
| (248) 822-6190 | |

_____/

**STIPULATED ORDER WITHDRAWING MOTION FOR DEFAULT
AND DEFAULT JUDGMENT OF GARNISHEE DEFENDANTS, MARANO
TECHNOLOGIES, INC. AND INFRASTRUCTURES SOLUTIONS, INC.**

At a session of said Court, held in the
City of Detroit, State of Michigan
on June 30, 2008.

PRESENT: <u>ROBERT H. CLELAND</u>

U.S. DISTRICT COURT JUDGE

    This matter having come before the Court upon the stipulation of the parties, and the Court being otherwise fully advised in the premises:



1

IT IS ORDERED that upon the filing of Garnishee Disclosure Statements with the Court and payment by Garnishee Defendants to Plaintiff the total sum of Six Hundred Dollars ($600.00) for attorney fees, both within fourteen days, the Motion for Default and Default Judgment of Garnishee Defendants, Marano Technologies, Inc. and Infrastructure Solutions shall be deemed withdrawn.

      s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: June 30, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 30, 2008, by electronic and/or ordinary mail.

      s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

Stipulated and Approved as to Form and Content:

| */s/Omar J. Harb* | */s/James E. Zenpfennig* |
|---|---|
| OMAR J. HARB (P51306) | JAMES E. ZENPFENNIG (P28043) |
| Alber Crafton, PLLC | Attorney for Garnishee Defendants. |



2