UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

OHIO CASUALTY INSURANCE
COMPANY, an Ohio corporation,                     Case No. 03-cv-72231
                                                  Hon. Robert H. Cleland

       Plaintiff,

v.

MARANO & ASSOCIATES, INC.,
a Michigan corporation, and JENNIFER A.
MARANO, jointly and severally,

       Defendants.
_____/

## ORDER GRANTING OHIO CASUALTY INSURANCE COMPANY'S MOTION TO RENEW DEFAULT JUDGMENT AGAINST MARANO & ASSOCIATES, INC. AND JENNIFER A. MARANO

       Plaintiff having filed a Motion to Renew Default Judgment against Marano & Associates, Inc., and Jennifer A. Marano; and the Court being otherwise fully advised in the premises:

       IT IS HEREBY ORDERED that Ohio Casualty Insurance Company's Motion to Renew Default Judgment against Marano & Associates, Inc. and Jennifer A. Marano (Docket No. 56, August 1, 2013) is granted, and a Default Judgment shall be issued in the amount of $131,420.13.

Dated: August 21, 2013                  S/Robert H. Cleland
                                        Robert H. Cleland
                                        United States District Court Judge

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 21, 2013, by electronic and/or ordinary mail.

S/Holly Monda for Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522