UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

OHIO CASUALTY INSURANCE
COMPANY, an Ohio corporation,

      Plaintiff,

v.

MARANO & ASSOCIATES, INC.,
a Michigan corporation, and JENNIFER A.
MARANO, jointly and severally,

      Defendants.
_____/

Case No. 03-cv-72231
Hon. Robert H. Cleland

## DEFAULT JUDGMENT (RENEWED)

Plaintiff having filed a Motion to Renew Default Judgment against Marano & Associates, Inc., and Jennifer A. Marano; and Plaintiff having previously obtained a Default Judgment against Marano & Associates, Inc., and Jennifer A. Marano, jointly and severally; and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Ohio Casualty Insurance Company's August 27, 2003 Default Judgment against Marano & Associates, Inc. and Jennifer A. Marano, jointly and severally, is renewed in the amount of $131,420.13.

Dated: August 21, 2013

S/Robert H. Cleland
Robert H. Cleland
United States District Court Judge

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 21, 2013, by electronic and/or ordinary mail.

                                              S/Holly Monda for Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522